278

632 A.2d 309

Kirsti M. WIRTH

v.

Jeffrey MILLER, John S. Seely, Dale L. Campbell, and Helen Ann Heins and the Imperial Metal Finishing Company, Inc.

Appeal of Dale L. CAMPBELL and Imperial Metal Finishing Company, Inc.

Megan MILLER, a minor, by her parents and natural guardians, Justine MILLER and Jeffrey Miller, and Justine Miller and Jeffrey Miller in their own right, Appellees,

v.

IMPERIAL METAL FINISHING CO., INC., Appellant.

Megan MILLER, a minor, by her parents and natural guardians, Justine MILLER and Jeffrey Miller, and Justine Miller and Jeffrey Miller in their own right, Appellees,

v.

Dale CAMPBELL, Appellant,

v.

Jeffrey MILLER, Appellee.

Supreme Court of Pennsylvania.

Argued Sept. 22, 1992.

Decided Nov. 5, 1993.

Alan T. Silko, Avrum Levicoff, Anstandig, Levicoff & McDyer, Pittsburgh, for appellants.

Gary M. Lang, Pittsburgh, for Kirsti M. Wirth.

Lisa Ondich, Pittsburgh, for Jeffrey Miller.

Andrew J. Leger, Pittsburgh, for Megan Miller.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the decision of this case.

632 A.2d 862

**In re the Substitute Nomination Certificate of Scott A. EVANS as a Democratic Candidate for Judge of the Court of Common Pleas for the 12th Judicial District, Dauphin County, Pennsylvania.**

**Petition of Elizabeth HRENDA–ROBERTS, et al., Registered Democrats Residing in the 12th Judicial District, Dauphin County, Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 7, 1993.

Decided Oct. 18, 1993.